11-7-07LMS134860    65100-1045LIT4650

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | |
| | ) | No. 07 C 0583 |
| Plaintiff, | ) | |
| | ) | Judge Bucklo |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| TAYLORED PLUMBING SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF JUDGMENT

On November 7, 2007, Judgment was entered in favor of Plaintiff, JAMES T. SULLIVAN, etc., and against Defendant, TAYLORED PLUMBING SERVICES, INC., in the amount of $21,050.00.

Date: 11-7-07

Elaine E. Bucklo
United States District Court Judge

Attorney for Plaintiff:
Lewis, Overbeck & Furman, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093
(312) 580-1200